# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **DEMETRIUS CROWELL,** | ) | |
| | ) | |
| Movant, | ) | Case Numbers: |
| vs. | ) | **7:14-cv-08021-CLS-SGC** |
| | ) | **7:02-cr-00130-CLS-SGC** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

On October 16, 2018, the magistrate judge entered a report recommending the amended motion to vacate, set aside, or correct sentence filed by Demetrius Crowell pursuant to 28 U.S.C. § 2255, be denied. (Doc. 17). The report noted the parties had fourteen (14) calendar days to file any objections to the report and recommendation. (*Id.* at 4-5). Neither party has objected.

After consideration of the record in this case, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendation, the court finds: (1) the claims asserted here are due to be denied and dismissed with prejudice; and (2) a certificate of appealability is due to be denied.

A separate order will be entered.

DONE this 8th day of November, 2018.

_____
United States District Judge